UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>KENNETH EDWARD AZNOE,<br>RICHARD EDWARD McGREEVY, et al.,<br><br>       Defendants. | No.  2:16-cv-1447 JAM AC (PS)<br><br><br>ORDER |

      Plaintiffs are proceeding in this action pro se.  This matter was accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  Plaintiffs' renewed application to proceed in forma pauperis is pending.  ECF No. 6.

      Plaintiffs have noticed a hearing on September 14, 2016 for a motion they have entitled "Motion for Judgment Settlement."  ECF No. 9.  This matter cannot be heard until the court has determined whether plaintiff can proceed in forma pauperis, and further decided whether the complaint can survive screening under 28 U.S.C. § 1915(e)(2)(B).[1]

---

[1] See Shirley v. Univ. of Idaho, Coll. of Law, 800 F.3d 1193, 1194 (9th Cir. 2015) (per curiam) ("district court shall screen and dismiss an action filed by a plaintiff proceeding in forma pauperis if the action 'is frivolous or malicious,' 'fails to state a claim on which relief may be granted,' or 'seeks monetary relief against a defendant who is immune from such relief'").

1

1 | Accordingly, IT IS HEREBY ORDERED that the hearing on plaintiff's motion (ECF
2 | No. 9), currently scheduled for September 14, 2016, is VACATED, and the motion is taken under
3 | submission.
4 | DATED: September 9, 2016.

```
                              _____
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE
```