UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE and KHANG NINH, | No. 2:16-cv-01447-JAM-AC |
| Plaintiffs, | |
| v. | ORDER |
| RICHARD E. McGREEVY, et al., | |
| Defendants. | |

Plaintiffs are proceeding in this matter pro se, and accordingly this motion is before the undersigned pursuant to Local Rule 302(c)(21). On November 29, 2017, plaintiffs filed a Second Amended Complaint. ECF No. 31. Plaintiffs' case was closed on November 30, 2016. ECF No. 19. Plaintiffs' appeal was denied on August 31. 2017. ECF No. 30. Plaintiffs are advised that documents filed by plaintiffs since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED.

DATED: December 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE